IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| KENT PFAFF | Violations: 18 U.S.C. §§ 1014 and 2 |

**False Statement to Influence the United States Department of Agriculture – RMA**

The Grand Jury Charges:

Between on or about January 1, 2017, through June 1, 2020, in the District of North Dakota,

KENT PFAFF,

individually, and by aiding and abetting, knowingly made and caused to be made material false statements for the purpose of influencing the action of the insurance company and the United States Department of Agriculture, acting through the Risk Management Agency/Federal Crop Insurance Corporation (RMA/FCIC), in connection with the payment of crop insurance benefits, to wit: KENT PFAFF falsely represented, and caused another to falsely represent, information to RMA/FCIC to shift production from different crop fields to manufacture and inflate crop insurance indemnities to which he was not entitled.

Shifting production is a fraud scheme where a person will overreport production from one or more fields and underreport production from one or more different fields to manufacture or inflate claims to which they are not entitled.

Listed below are examples where KENT PFAFF falsely represented, and caused another to falsely represent, information to RMA/FCIC to shift production from different crop fields to manufacture and inflate crop insurance indemnities to which he was not entitled:

- Between on or about December 1, 2019, and on or about June 1, 2020, KENT PFAFF knowingly provided false information regarding his crop insurance claims to Sheldon Crop Insurance Agency, FMH Ag Risk Insurance Company, Farmers Mutual Hail Insurance Company of Iowa, and a Farmers Mutual Hail insurance adjuster;

- In 2019, B.B. and E.B. worked as custom combiners for KENT PFAFF and harvested crops on KENT PFAFF's farmlands.  E.B. logged production totals from each field belonging to KENT PFAFF that B.B. and E.B. had harvested using their grain cart scales and a notepad.

- On or about January 2, 2020, E.B. sent KENT PFAFF an email containing an electronic spreadsheet with B.B.'s 2019 grain cart harvest data for KENT PFAFF's farming operation.

- On or about January 3, 2020, KENT PFAFF submitted a Notice of Damage or Loss form, with Claim Number 59464, to FMH Ag Risk Insurance Company.  In this Notice of Damage or Loss, KENT PFAFF claimed his soybeans were damaged by "Cold Wet Weather" with a date of damage of October 10, 2019.  KENT PFAFF did not provide the insurance company with the harvest records he received from E.B. via email.

- On or about April 17, 2020, KENT PFAFF knowingly listed and affirmed false wheat, corn, and soybean "Production To Count" and "Production Per Acre" amounts on production summary worksheets, including for Claim Number 59464;
    - As examples, on a production summary worksheet for Claim Number 59464, KENT PFAFF falsely represented and affirmed statements including, but not limited to, that:
        - KENT PFAFF represented that he harvested 529 bushels of soybeans from 138.35 acres on McLean County, North Dakota, unit 0001-0048 OU, for a production per acre value of 3.82 bushels to understate the yield amount to increase the insurance indemnity. However, on this same production summary worksheet, KENT PFAFF represented that the 16.60 acres of unharvested soybeans on McLean County, North Dakota, unit 0001-0048 OU, amounted to 395.1 bushels of soybeans for a production per acre value of 23.80 bushels;
        - KENT PFAFF represented that he harvested 408.20 bushels of soybeans from 81.94 acres on McLean County, North Dakota, unit 0001-00110 OU, for a production per acre value of 4.98 bushels to understate the yield amount to increase the insurance indemnity. However, on this same production summary worksheet, KENT PFAFF represented that the 11.8 acres of unharvested soybeans on McLean County, North Dakota, unit 0001-00110 OU, amounted to

    250.20 bushels of soybeans for a production per acre value of 21.2 bushels;

- KENT PFAFF represented that he harvested 1,184.30 bushels of soybeans from 297.63 acres on McLean County, North Dakota, unit 0001-00111 OU, for a production per acre value of 3.98 bushels to understate the yield amount to increase the insurance indemnity. However, on this same production summary worksheet, KENT PFAFF represented that the 7.11 acres of unharvested soybeans on McLean County, North Dakota, unit 0001-00111 OU, amounted to 153.80 bushels of soybeans for a production per acre value of 21.6 bushels;

- KENT PFAFF represented that he harvested 19,829.80 bushels of corn from 125.16 acres on McLean County, North Dakota, unit 0001-0038 OU, for a production per acre value of 158.44 bushels. However, on this same production summary worksheet, KENT PFAFF represented that he harvested 4,352.70 bushels of corn from 173.72 acres on McLean County, North Dakota, unit 0001-0032 OU, for a production per acre value of 25.06 bushels. Units 0001-0038 OU and 0001-0032 OU are approximately one mile apart.

- On or about April 17, 2020, KENT PFAFF knowingly signed and certified these production summary worksheet records on FMH Ag Risk Insurance Company forms entitled "Required Statements, Multiple Peril Crop Insurance," in the names

- of KENT PFAFF, Steven Pfaff, and Christopher Stork, for units farmed in Mclean and Sheridan Counties, North Dakota.

- The information contained in B.B.'s electronic spreadsheet containing grain cart harvest data for KENT PFAFF's farming operation, which was emailed to KENT PFAFF on January 2, 2020, is different than the information KENT PFAFF listed and affirmed, on April 17, 2020, on his production summary worksheets;

In violation of Title 18, United States Code, Sections 1014 and 2.

          A TRUE BILL:

          /s/ Foreperson_____
          Foreperson

/s/ Nicholas W. Chase_____
NICHOLAS W. CHASE
United States Attorney

JJO/tmg